# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARNAZ EHYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.:  3:23-cv-394-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [ECF NO. 12]** |

Pending before the Court is a Joint Stipulation for Dismissal. Good cause appearing, the Court **GRANTS** the Joint Motion and dismisses the above-captioned action pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) with prejudice.

**IT IS SO ORDERED.**

Dated:  October 23, 2023

_____
Hon. M. James Lorenz
United States District Judge